CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

January 02, 2025

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **DOROTHY WILKINSON,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:24-CV-3 |
| | ) |
| v. | ) By: Hon. Robert S. Ballou |
| | ) United States District Judge |
| **LOWE'S HOME CENTERS, LLC,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the parties' agreed Stipulation of Dismissal with Prejudice. Dkt. 17. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that the action is dismissed by stipulation, with prejudice. This matter is **STRICKEN** from the active docket of the Court.

Entered: January 2, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge